IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

KATHRYN CALIGUIRI
IRREVOCABLE TRUST,
*Derivatively on behalf of*
*Capital One Financial Corporation*,

   v.

RICHARD D. FAIRBANK, *et al.*,
  Defendants.

Civil No. 1:25cv1201 (DJN)

## ORDER
### (Granting Motion to Transfer Venue)

 This matter comes before the Court on Nominal Defendant Capital One Financial Corporation's ("Capital One") Consent Motion to Transfer This Action to the District of Delaware. (ECF No. 26 ("Motion" or "Mot").)  For the reasons set forth below, the Court hereby GRANTS Plaintiffs' Motion. (ECF No. 26.)

 A district court enjoys discretion to transfer a civil case "to any district in which the case originally could have been brought or to any district or division to which all parties have consented . . . [f]or the convenience of parties and witnesses, in the interest of justice." 28 U.S.C. § 1404(a).  Section 1404(a) "is intended to place discretion in the district court to adjudicate motions for transfer according to an individualized, case-by-case consideration of convenience and fairness." *Stewart Org., Inc. v. Ricoh Corp.,* 487 U.S. 22, 29 (1988).  In deciding whether to grant transfer pursuant to § 1404(a), courts must consider "the following four factors:  (1) the plaintiff's [initial] choice of venue; (2) witness convenience and access; (3) the convenience of the parties; and (4) the interest of justice." *JTH Tax, Inc. v. Lee*, 482 F. Supp. 2d 731, 736 (E.D. Va. 2007).

Turning to the factors, while the District of Delaware was not Plaintiffs' initial choice of venue, factors three and four weigh substantially in favor of allowing the proposed transfer. Capital One represents that a nearly identical action is currently pending in the District of Delaware. (Mot. at 2.)  Thus, transfer will conserve judicial resources, promote efficiency and avoid duplicative litigation and the risk of inconsistent rulings. (*Id.*)  In addition, neither party asserts that litigating this case in Delaware causes particular inconvenience to any witnesses. As a result, the Court hereby GRANTS Plaintiffs' Motion. (ECF No. 26.)  Moreover, the Court hereby DIRECTS the Clerk to TRANSFER this case to the District of Delaware and CLOSE this case.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: September 16, 2025