# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KATHRYN CALIGUIRI IRREVOCABLE TRUST, Derivatively on Behalf of CAPITAL ONE FINANCIAL CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD D. FAIRBANK, ANDREW M. YOUNG, IME ARCHIBONG, CHRISTINE DETRICK, ANN FRITZ HACKETT, PETER THOMAS KILLALEA, CORNELIS PETRUS ADRIANUS JOSEPH LEENAARS, FRANÇOIS LOCOH-DONOU, PETER E. RASKIND, EILEEN SERRA, MAYO A. SHATTUCK III, and CRAIG ANTHONY WILLIAMS,<br><br>    Defendants,<br><br>-and-<br><br>CAPITAL ONE FINANCIAL CORPORATION,<br><br>    Nominal Defendant. | Case No.: 1:25-cv-01288-UNA |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff the Kathryn Caliguiri Irrevocable Trust ("Plaintiff"), hereby voluntarily dismisses, without prejudice, all claims and causes of action against defendants in this action, with each party to bear its own attorneys' fees and costs. No defendant has filed or served an answer or a motion for summary judgment. Notice of the voluntary dismissal to stockholders pursuant to

Fed. R. Civ. P. 23.1(c) is not required here because: (i) there has been no settlement or compromise of the action; (ii) there has been no collusion among the parties; (iii) neither Plaintiff nor its counsel has received or will receive directly or indirectly any consideration for the dismissal; and (iv) the dismissal is without prejudice. Neither Plaintiff nor other Capital One Financial Corporation stockholders are precluded from bringing the same or similar action in the future and/or pursuing claims already filed.

| | |
|---|---|
| Dated: October 24, 2025 | **COOCH AND TAYLOR, P.A.**<br><br>*/s/ Blake A. Bennett*<br>Blake A. Bennett (#5133)<br>1000 N. West Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 984-3800<br>Facsimile: (302) 984-3939<br>Email: bbennett@coochtaylor.com<br><br>*Counsel for Plaintiff* |

OF COUNSEL:

**LEVI & KORSINSKY, LLP**
Gregory M. Nespole
Daniel Tepper
Correy A. Suk
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel.: (212) 363-7500
gnespole@zlk.com
dtepper@zlk.com
csuk@zlk.com